```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )           8:06MJ126
          Plaintiff,             )
                                 )
   vs.                           )           ORDER
                                 )
ABEL HERNANDEZ-ACOSTA,           )
                                 )
          Defendant.             )
```

RE: MATERIAL WITNESS CARLOS CHIP

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named witness in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

Deborah A. Sanwick is appointed to represent the above named witness in this matter and shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Deborah A. Sanwick.

DATED this 17th day of October, 2006.

                              BY THE COURT:


                              s/ Thomas D. Thalken
                              United States Magistrate Judge