```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )           8:06MJ126
              Plaintiff,           )
                                   )
    vs.                            )              ORDER
                                   )
ABEL HERNANDEZ-ACOSTA,             )
                                   )
              Defendant.           )
```

RE: MATERIAL WITNESS FRANCISCO JIMENEZ-PEREZ

   The court has been presented a Financial Affidavit (CJA Form 23)
signed by the above-named witness in support of a request for appointed
counsel.  After a review of the Financial Affidavit, I find that the
above-named witness is eligible for appointment of counsel pursuant to
the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal
Justice Act Plan for the District of Nebraska.

   **IT IS ORDERED:**

   John D. McDermott is appointed to represent the above named witness
in this matter and shall forthwith file an appearance in this matter.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this
order to the Federal Public Defender and John D. McDermott.

   DATED this 17th day of October, 2006.

                              BY THE COURT:


                              s/ Thomas D. Thalken
                              United States Magistrate Judge