```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )          8:06MJ126
         Plaintiff,              )
                                 )
   vs.                           )          ORDER
                                 )
ABEL HERNANDEZ-ACOSTA,           )
                                 )
         Defendant.              )
```

RE: MATERIAL WITNESS SEBASTIAN YUM-VELASQUE

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named witness in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

   **IT IS ORDERED:**

Kimberly E. Novak is appointed to represent the above named witness in this matter and shall forthwith file an appearance in this matter.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Kimberly E. Novak.

DATED this 17th day of October, 2006.

                              BY THE COURT:


                              s/ Thomas D. Thalken
                              United States Magistrate Judge